**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 5, 2022.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-22-00027-CV**

---

**IN RE MASTERWORD SERVICES, INC., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-31097**

---

## MEMORANDUM OPINION

On January 14, 2022, relator MasterWord Services, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kristen Hawkins, presiding judge of the 11th District Court of Harris County, to set aside her December 15, 2022 order, which denied relator's motion to compel arbitration, and sign an order compelling the parties to arbitrate all disputes.

An order denying a motion to compel arbitration pursuant to the Federal Arbitration Act is subject to an interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code § 51.016. Relator's interlocutory appeal from the December 15, 2022 order is pending in this court case number 14-22-00021-CV. Therefore, relator has an adequate remedy by appeal.[1]

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. Relator's motion to consolidate the original proceeding and the appeal is dismissed as moot.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.

---

[1] Because there is an adequate remedy by appeal, we express no opinion of the sufficiency of the mandamus appendix or record. *See* Rex. R. App. P. 52.3(k)(1), 52.7(a).